# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RICHARD SAUL WURMAN** : | |
|     **Plaintiff** : | |
| : | |
| v. : | C.A. No. 11-0159S |
| : | |
| **JAY S. WALKER** and : | |
| **"TEDMED, LLC,"** alias **JOHN DOE, INC.** : | |
|     **Defendants** : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Richard Saul Wurman, pursuant to Fed. R. Civ. P. 41(1)(a)(i), hereby dismisses this action.

                                           RICHARD SAUL WURMAN
                                           By his Attorneys,

                                           /s/ R. Daniel Prentiss
                                           R. Daniel Prentiss (#0783)
                                           R. Daniel Prentiss, P.C.
                                           One Turks Head Place, Suite 380
                                           Providence, RI  02903
                                           Tel: (401) 824-5150
                                           Fax: (401)824-5181